IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SERGIO DIAZ,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-218-bbc

CAROL HOLINKA,

    Respondent.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered denying the petition for a writ of habeas corpus and dismissing this case.

_Peter Oppeneer_      8/2/10
Peter Oppeneer, Clerk of Court      Date